UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISIDRO GARCIA,

        Plaintiff,         Case no. 07-10923
                                          Honorable John Corbett O'Meara

v.

CORRECTIONAL MEDICAL
SERVICES,

        Defendant.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    The Court having reviewed Magistrate Judge Komives' Report and Recommendation, filed February 11, 2008, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

                                                             s/John Corbett O'Meara
                                                             United States District Judge

Date: March 03, 2008

Certificate of Service

    I hereby certify that a copy of this order was served upon the parties of record on March 03, 2008, electronically or by U.S. Mail.

                                                              s/William Barkholz
                                                               Case Manager